Ben W. Lieberman (Utah State Bar No. 11456)
LIEBERMAN LAW FIRM
1371 East 2100 South, Suite 200
Salt Lake City, Utah 84105
Telephone: (801) 542-1820
E-mail: ben@bwllaw.com

*Attorney for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF UTAH

| | |
|---|---|
| V VECTOR, INC., a Utah corporation, EXAMPLE TECHNOLOGIES, LLC, a Utah limited liability company,<br><br>    Plaintiffs,<br><br>v.<br><br>THE TAX CLUB, INC., a Utah corporation; MANHATTAN PROFESSIONAL GROUP, INC., a New York corporation; 5410, Inc., a Wyoming corporation, 6015, LLC, a Wyoming limited liability company, BRENDON A. PACK, an individual, MICHAEL M. SAVAGE, an individual, and DOES 1-50,<br><br>    Defendants. | **STIPULATION TO DISMISSAL WITH PREJUDICE**<br><br>Civil No.:   2:12-cv-01027-DB<br><br>Judge:   Dee Benson |

Plaintiffs V Vector, Inc., *et al.*, and Defendants The Tax Club, Inc., *et al.*, hereby stipulate that this matter may be dismissed in its entirety, with prejudice, with each party bearing its own costs and attorney's fees.

DATED this 18th day of November, 2014.

| FOR THE PLAINTIFFS: | FOR THE DEFENDANTS: |
|---|---|
| LIEBERMAN LAW FIRM | BALLARD SPAHR LLP, *ET AL.* |
| By:   */s Ben W. Lieberman*<br>        Ben W. Lieberman | By:   */s Emily Wegener (with permission)*<br>        Emily Wegener |
| *Attorney for Plaintiffs* | *Attorneys for Defendants* |